UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:  
GLENN LEE BROWN  
775 N. 17TH STREET  
BANNING, CA 92220

Case Number  
6:13-bk-24277-WJ

Date  
5/28/2015

## NOTICE OF RECEIPT OF ADDITIONAL CLAIM

COMES NOW the Trustee and shows the following claim was filed against the estate of the debtor, and that such claim was not included on previous notices of claims filed:

| Name and Address of Creditor | Amount | Classification | % Cred | Claim# |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM<br>P O BOX 183853<br>ARLINGTON, TX 76096 | $5,043.43 | UNSECURED<br>Acct: 3641 | 100.00 | 10 |

Pursuant to 11 U.S.C. 501 and 11 U.S.C. 502(a) this claim will be deemed allowed unless a party in interest objects.

Notice is given that in the absence of a filed, written objection to the allowance of the claim, such claim will be treated as indicated above.

_____  
Rod Danielson, Chapter 13 Trustee

This is to certify that a copy of this Notice of Receipt of Additional Claim was served upon the debtor (s) and his/her attorney of record on 5/28/2015 at Riverside, California .

_____  
Shameka Chambers

FG:016 - SC